IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01019-AP

JO G. DIXON,

       Plaintiff,
 v.
JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

   **For Plaintiff**:

      Jon S. Nicholls
      1725 Gaylord Street
      Denver, CO 80206
      (303) 329-9700

   **For Defendant:**

      TROY A. EID
      United States Attorney
      KURT BOHN
      Assistant United States Attorney

  By:   Debra J. Meachum
       Special Assistant United States Attorney
       Laura Ridgell-Boltz, Assistant Regional Counsel
       Social Security Administration
       1961 Stout Street, Suite 1001A
       Denver, Colorado  80294
       (303) 844-1571
       (303) 844-0770 (facsimile)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: <u>May 26, 2006</u>
    B.    Date Complaint Was Served on U.S. Attorney's Office: <u>June 1, 2006.</u>
    C.    Date Answer and Administrative Record Were Filed: <u>August 7, 2006.</u>

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff, to the best of her knowledge, states that the administrative record is complete and accurate.**
**Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff does not intend to submit additional evidence.**
**Defendant does not intend to submit additional evidence.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**
**Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**

**7. OTHER MATTERS**

**Plaintiff has no other matters to bring to the attention of the court.**
**Defendant has no other matters to bring to the attention of the court.**

**8. PROPOSED BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:      <u>OCTOBER 13, 2006.</u>
    B.    Defendant's Response Brief Due:     <u>NOVEMBER 13, 2006.</u>
    C.    Plaintiff's Reply Brief (If Any) Due: <u>NOVEMBER 24, 2006.</u>

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

   **A.  Plaintiff's Statement.**
   **Plaintiff is willing to appear for oral argument to assist the court.**

   **B.  Defendant's Statement:**
   **Defendant does not request oral argument.**

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   *Indicate below the parties' consent choice.*

   **A.   ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
   **B.   (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

   **The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.**

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

   **The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

   DATED this **11th day of September, 2006.**

                                       BY THE COURT:


                                        S/John L. Kane
                                       U.S. DISTRICT COURT JUDGE

3

**APPROVED:**

**For Plaintiff:**

**s/Jon S. Nicholls        Date: 09/01/06**
Jon S. Nicholls
1725 Gaylord Street
Denver, Colorado 80206
(303) 329-9700
charlene.clark@nnbpbllc.com

**For Defendant:**

TROY A. EID
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Debra J. Meachum   Date: 09/11/06**
By:    Debra J. Meachum
Special Assistant United States Attorney

Laura Ridgell-Boltz
Assistant Regional Counsel

Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1571
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov
laura.ridgell-boltz@ssa.gov