IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 06-cv-01019-RPM

JO DIXON,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

    Upon review of the Stipulation for Payment of Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), filed on February 13, 2008, it is

    ORDERED that the stipulation for attorney fees under the Equal Access to Justice Act is approved, and the Defendant is ordered to pay Plaintiff attorney fees in the amount of $4,900.00.

    DATED at Denver, Colorado, this 14th day of February, 2008.

                                          BY THE COURT
                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Judge
                                          U.S. DISTRICT COURT JUDGE